# United States Court of Appeals
## For the First Circuit

No. 20-1304

UNITED STATES,

Appellee,

v.

CHRISTIAN ALBERTO MALENO-PEREZ,

Defendant - Appellant.

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: April 30, 2021

    The government's unopposed "motion requesting remand for resentencing" is **granted**. Defendant's sentence is vacated, and this matter is remanded to the district court for resentencing. We express no opinion as to the appropriate sentence or any other issue. Any party wishing to appeal the district court's new or amended judgment should file a new notice of appeal.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Francisco A. Besosa, Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico, Leticia Casalduc-Rabell, Christian Alberto Maleno-Perez, Victor O. Acevedo-Hernandez, Desiree Laborde-Sanfiorenzo, Mariana E. Bauza Almonte, Maria L. Montanez-Concepcion, Juan Carlos Reyes-Ramos, Gregory Bennett Conner